IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 05-2008-JWL-DJW |
| | ) | |
| CLAYALEE GLOVER, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER FOR DISTRIBUTION**
**OF SALE PROCEEDS FROM MARSHAL'S SALE OF REAL ESTATE**

Comes on for decision the Plaintiff's Motion For Order For Distribution of Sale Proceeds from Marshal's Sale of Real Estate (Doc. 15). The United States appears by Eric F. Melgren, United States Attorney for the District of Kansas, and by David D. Zimmerman, Assistant United States Attorney for the District. There are no other appearances.

The Court, having examined the file and pleadings in this case, finds the following:

1. The United States of America obtained a judgment of foreclosure as to certain real estate and an <u>in rem</u> judgment against the defendant, Clayalee Glover, in the above-captioned action on May 6, 2005 (Doc. 7).

2. The real estate which was the subject of this foreclosure action is located in Labette County, Kansas, within the jurisdiction of this Court, to-wit:

> Beginning at the Southeast corner of the Northeast ¼ of Section 14, Township 31, Range 19, Labette County, Kansas, thence West along the South line of said ¼ section 1150.00 feet, thence North 0 degrees, 12 minutes East 100 feet to the true point of beginning, thence West 135 feet, thence North 0 degrees, 12 minutes East 78 feet, thence East 135 feet, thence South 0 degrees, 12 minutes West 78 feet to the point of beginning, Labette County, Kansas.

3. Pursuant to the order of this Court (Doc. 9), the subject real estate was sold by the Office of the United States Marshal on August 5, 2005, to Leroy Burk, for the sum of $47,300.00 and the funds have been received by the Clerk of the District Court, District of Kansas.

4. The bid was the highest and best bid at the sale and the price is a fair and equitable price for the property.

5. The proceedings of the United States Marshal under the Order of Sale are regular and in conformity with law and equity and the orders of this Court and that sale was confirmed by this Court's order dated September 13, 2005 (Doc. 14).

6. On August 5, 2005, the date of sale, there was due and owing the United States the sum of $87,606.25 plus $150.00 for filing fees.

7. The proceeds of the sale should be distributed as follows, in compliance with the Journal Entry and Order Of Sale:

    a. **To:** **Department of Justice**
                   Office Of The United States Attorney
                   500 State Avenue, Suite 360
                   Kansas City, Kansas 66101

       For: Filing Fee         $ 150.00

       **Total**     **$150.00**

b. **To:** **Department of Justice**
Office Of The United States Attorney
500 State Avenue, Suite 360
Kansas City, Kansas 66101

For: Filing of Lis Pendens     $   5.00
Updated Title Opinion    $ 50.00
Service by Publication   $120.96

**Total**

**$175.96**

c. **To:** **United States Marshal**
Federal Building, Suite 456
444 SE Quincy
Topeka, Kansas 66611-3592

For: Costs of Sale

Service fee          $360.00
Mileage              $132.03
Publication costs    $179.64

**Total**                                                          **$671.67**

d. To: **Department of Justice**
Office Of The United States Attorney
500 State Avenue, Suite 360
Kansas City, Kansas 66101

For: Payment on judgment

**Total**                                                          **$46,302.37**

**TOTAL PROCEEDS DISTRIBUTED**                                     **$47,300.00**

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the proceeds of the Marshal's Sale shall be distributed as set out above.

IT IS SO ORDERED.

Dated this 26th day of September, 2005, at Kansas City, Kansas.


s/ John W. Lungstrum
JOHN W. LUNGSTRUM
United States District Judge



Approved by:

ERIC F. MELGREN
United States Attorney

/s/ David D. Zimmerman

DAVID D. ZIMMERMAN
Assistant United States Attorney
500 State Avenue, Suite 360
Kansas City, Kansas 66101
Kan. Fed. Bar No. 23486
(913) 551-6730 (telephone)
(913) 551-6541 (facsimile)
E-mail:  David.Zimmerman@usdoj.gov
ELECTRONICALLY SUBMITTED
Attorneys for Plaintiff